THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER A. PLACE, Appellant, *v.* FRANCIS J. WORCESTER, as a Justice of the Municipal Court of the City of New York, et al., Respondents.

*People ex rel. Place* v. *Worcester*, 108 App. Div. 366, appeal dismissed.
(Submitted April 18, 1906; decided May 8, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 16, 1905, which affirmed an order of Special Term vacating an alternative and denying a motion for an absolute writ of prohibition to enjoin the execution of a warrant of dispossession issued in a summary proceeding.

*Lawrence P. Mingey* for appellant.

*Jesse Grant Roe* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.